# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED/REC'D
2023 JUN -8 A 11: 11
CLERK OF COURT
US DISTRICT COURT
WI

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Brandon P. Stull__

vs

(Full name of defendant(s))

__Probation + Parole__
__(Parole officer) Kobe Spanbauer,__
__and (supervisor) Shonie L. Foy,__
__at 2565 East Johnson St., Madison, WI, 53703__
__and Administrative Law Judge Marc M. Peterson__

Case Number:
__23   CV   387   WMC__
(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__, and is located at
                                   (State)
__115 West Doty St., Madison, WI, 53703__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Probation & Parole, (P.O.) Kobe Spanbauer, and (supervisor) Shonie L. Foy__ (Name) __and AL Judge Marc M. Peterson__
at __2565 East Johnson St., Madison, WI, 53703__
is (if a person or private corporation) a citizen of __NA__
(State, if known)
and (if a person) resides at __NA__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job) worked for ~~scribbled~~ __NA__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was recently given, or sentenced to a 30 Day Sanction by Judge Mario White on 5-24-23 or around then and was given time served. I am still in Dane County Jail and I have a Revocation hearing 6-8-23. I am bringing a 5th Ammendment "Double Jeopardy," Law suit against Probation and Parole agent Kobe Spanbauer (1) because he's my current Parole officer, and Parole and Probation supervisor Shonie L. Foy (2) because the decission for them to revocate me came from the supervisor Shonie L Foy. Because I was already sentenced to 30 Days and got time served and if I am

Attachment One (Complaint) – 2

...... sentenced to Revocation on 6-8-23, It will be "Double Jeopardy," by law you can't Revocate me after I already got sentenced. The Administrative Law Judge will also be at fault Marc M. Peterson because if He sentences me to Revocation it will be "Double Jeopardy."

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am requesting InJuctive and Punitive Damages. I am requesting $2,250,000 + because it's $150,000 for every day I'm confined after being sentenced, from 5-24-23 to 6-8-23 my Revocation Hearing. If I am sentenced to Revocation it will be $150,000 for every day I'm in Jail after 6-8-23 as well. I am Requesting to be released imediately upon arrival of this U.S.C. § 1983 form, of a 5th Ammendment Violation "Double Jeopardy."

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
                OR
☑ Court Trial – I want a judge to hear my case

Dated this **June** day of **3rd,** 20 **23**

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

**417064 Name#, Booking #**
Plaintiff's Prisoner ID Number         **573587**

**115 West Doty St.**
**Madison, WI, 53903**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5